B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Berry Chill LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-0660002** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**303 W Erie, Suite LL100**<br>**Chicago, IL**<br>ZIP Code **60654** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Berry Chill LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X** _____ <br> Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08) Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Berry Chill LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Teresa L. Einarson**
Signature of Attorney for Debtor(s)

**Teresa L. Einarson 6198676**
Printed Name of Attorney for Debtor(s)

**Thomas & Einarson, Ltd.**
Firm Name

**29W204 Roosevelt Road**
**West Chicago, IL 60185**

Address

**Email: tle@thomasandeinarson.com**
**(630) 562-2280  Fax: (630) 562-2282**
Telephone Number

**April 12, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Michael Farah**
Signature of Authorized Individual

**Michael Farah**
Printed Name of Authorized Individual

**Manager/CEO**
Title of Authorized Individual

**April 12, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X _____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Berry Chill LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| 134 N LaSalle LLC<br>Marc Realty<br>55 E Jackson Blvd, Suite 500<br>Chicago, IL 60604 | 134 N LaSalle LLC<br>Marc Realty<br>55 E Jackson Blvd, Suite 500<br>Chicago, IL 60604 | Rent | | 54,564.00 |
| American Express<br>PO Box 360001<br>Fort Lauderdale, FL 33336-0001 | American Express<br>PO Box 360001<br>Fort Lauderdale, FL 33336-0001 | Start-up and operating expenses | | 54,695.00 |
| Benjamin Foreman<br>501 N Clinton #1806<br>Chicago, IL 60654 | Benjamin Foreman<br>501 N Clinton #1806<br>Chicago, IL 60654 | Deferred compensation | | 37,922.92 |
| Charles Bender Company<br>5017 Oak Street<br>Northbrook, IL 60062 | Charles Bender Company<br>5017 Oak Street<br>Northbrook, IL 60062 | | | 82,000.00 |
| Citerra Properties<br>350 W Hubbard St<br>Chicago, IL | Citerra Properties<br>350 W Hubbard St<br>Chicago, IL | Rent | | 12,500.00 |
| City of Chicago<br>Dept of Revenue<br>121 N LaSalle, Room 107<br>Chicago, IL 60602 | City of Chicago<br>Dept of Revenue<br>121 N LaSalle, Room 107<br>Chicago, IL 60602 | Restaurant Tax | | 8,500.00 |
| Crane Construction<br>343 Wainwright Drive Suite B<br>Northbrook, IL 60062 | Crane Construction<br>343 Wainwright Drive Suite B<br>Northbrook, IL 60062 | Build-out | | 10,100.00 |
| Drinker Biddle & Reath<br>191 N Wacker Drive<br>Suite 3700<br>Chicago, IL 60606 | Drinker Biddle & Reath<br>191 N Wacker Drive<br>Suite 3700<br>Chicago, IL 60606 | Legal services - numerous matters | | 447,078.05 |
| FT-Ontario Property LLC<br>Marc Realty<br>55 E Jackson Blvd, Suite 500<br>Chicago, IL 60604 | FT-Ontario Property LLC<br>Marc Realty<br>55 E Jackson Blvd, Suite 500<br>Chicago, IL 60604 | Rent - State Street property | | 39,306.00 |
| Gold Realty LLC<br>3057 N Rockwell<br>Chicago, IL 60618 | Gold Realty LLC<br>3057 N Rockwell<br>Chicago, IL 60618 | Rent - Belmont location | | 26,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Berry Chill LLC**                                              Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Illinois Department of Revenue<br>Bankruptcy Section Level 7-425<br>100 W Randolph St<br>Chicago, IL 60601 | Illinois Department of Revenue<br>Bankruptcy Section Level 7-425<br>100 W Randolph St<br>Chicago, IL 60601 | Sales Tax | | 308,985.00 |
| Merchandise Mart LLC<br>1728 Paysphere Circle<br>Chicago, IL 60674 | Merchandise Mart LLC<br>1728 Paysphere Circle<br>Chicago, IL 60674 | Rent - Merchandise Mart | | 20,040.00 |
| Micros<br>PO Box 23747<br>Baltimore, MD 21203 | Micros<br>PO Box 23747<br>Baltimore, MD 21203 | Annual help desk - 3 stores @ $2433 each | | 7,299.00 |
| Milmour<br>1864 S Elmhurst Road<br>Mount Prospect, IL 60056 | Milmour<br>1864 S Elmhurst Road<br>Mount Prospect, IL 60056 | | | 83,484.90 |
| ONRamp Branding<br>102 W Third St, Suite 700<br>Winston Salem, NC 27101 | ONRamp Branding<br>102 W Third St, Suite 700<br>Winston Salem, NC 27101 | | | 24,543.08 |
| Reward Network<br>Two North Riverside Plaza<br>Suite 950<br>Chicago, IL 60606 | Reward Network<br>Two North Riverside Plaza<br>Suite 950<br>Chicago, IL 60606 | Unsecured loan | | 81,000.00 |
| RGLA Solutions Inc<br>5100 River Road<br>Suite 125<br>Schiller Park, IL 60176 | RGLA Solutions Inc<br>5100 River Road<br>Suite 125<br>Schiller Park, IL 60176 | | | 29,971.96 |
| Stratex Payroll Processing Services<br>10 W Hubbard, 3rd Floor<br>Chicago, IL 60654 | Stratex Payroll Processing Services<br>10 W Hubbard, 3rd Floor<br>Chicago, IL 60654 | Payroll service, advance payroll payments | | 78,442.00 |
| Taylor Chicago<br>873 Cambridge Dr<br>Elk Grove Village, IL 60007 | Taylor Chicago<br>873 Cambridge Dr<br>Elk Grove Village, IL 60007 | | | 47,638.78 |
| UST-GEPT JV, LP<br>Citgroup Center<br>500 W Madison St<br>Chicago, IL 60661 | UST-GEPT JV, LP<br>Citgroup Center<br>500 W Madison St<br>Chicago, IL 60661 | Rent - Ogilvie | | 45,489.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Berry Chill LLC**                                                                       Case No.
                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager/CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **April 12, 2010**                        Signature   **/s/ Michael Farah**
                                                             **Michael Farah**
                                                             **Manager/CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Berry Chill LLC**                                                              Case No.

Debtor(s)                                      Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:     **52**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **April 12, 2010**           **/s/ Michael Farah**
                                     **Michael Farah**/**Manager/CEO**
                                     Signer/Title

```
134 N LaSalle LLC
Marc Realty
55 E Jackson Blvd, Suite 500
Chicago, IL 60604


American Express
PO Box 360001
Fort Lauderdale, FL 33336-0001


Benjamin Foreman
501 N Clinton #1806
Chicago, IL 60654


Bijan Farah
PO Box 260496
Encino, CA 91426


Charles Bender Company
5017 Oak Street
Northbrook, IL 60062


Chase Bank
PO Box 71
Phoenix, AZ 85001


Citerra Properties
350 W Hubbard St
Chicago, IL


Citigroup Center - Ogilvie
Citigroup Center Merchant Dues
500 W Madison Suite 0300
Chicago, IL 60681


City of Chicago
Dept of Revenue
121 N LaSalle, Room 107
Chicago, IL 60602


Comcast
PO Box 30002
Southeastern, PA 19398
```

```
Crane Construction
343 Wainwright Drive Suite B
Northbrook, IL 60062


Drinker Biddle & Reath
191 N Wacker Drive
Suite 3700
Chicago, IL 60606


Ecolab
PO Box 70343
Chicago, IL 60673-0343


Empire Cooler Service
940 W Chicago Ave
Chicago, IL 60622


FT Ontario Property LLC
c/o Marc Realty
55 E Jackson Blvd, Suite 500
Chicago, IL 60604


FT-Ontario Property LLC
Marc Realty
55 E Jackson Blvd, Suite 500
Chicago, IL 60604


Get Fresh
1441 Brewster Creek Blvd
Bartlett, IL 60103


Glove Planet
97400 Eagle Way
Chicago, IL 60678


Gold Realty LLC
3057 N Rockwell
Chicago, IL 60618


Good Cow
12585 W Explorer Drive
Suite 150
Boise, ID 83713
```

```
Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W Randolph St
Chicago, IL 60601


Joy Pugh
2739 N Maplewood Ave
Chicago, IL 60647


Live Nation/Martin Schwartz
c/o MetroGroup
61 Broadway, Suite 1410
New York, NY 10006


Mahoney Environmental
37458 Eagle Way
Chicago, IL 60678


Merchandise Mart LLC
1728 Paysphere Circle
Chicago, IL 60674


Michael Farah
303 W Erie, Suite LL100
Chicago, IL 60654


Michael McCloskey
5431 E 600N
Fair Oaks, IN 47943


Micros
PO Box 23747
Baltimore, MD 21203


Milk & Honey Granola
1939 W Fulton St
Chicago, IL 60612


Milmour
1864 S Elmhurst Road
Mount Prospect, IL 60056


Nicks Metal Fabricating
9132 W 47th St
Brookfield, IL 60513
```

ONRamp Branding
102 W Third St, Suite 700
Winston Salem, NC 27101


PCM Technologies
2804 Centr Circle Drive
Downers Grove, IL 60515


People's Gas
Chicago, IL 60687


PR Newswire Association LLC
GPO Box 5897
New York, NY 10087


Pregel America Inc
4450 Fortune Ave NW
Concord, NC 28027


Reward Network
Two North Riverside Plaza
Suite 950
Chicago, IL 60606


RGLA Solutions Inc
5100 River Road
Suite 125
Schiller Park, IL 60176


Safe Dimensions Inc
PO Box 5042
Vernon Hills, IL 60061


Sarah's Pastries & Candies Inc
70 E Oak St
Chicago, IL 60611


SFX Baseball Group
400 Skokie Blve, Suite 280
Northbrook, IL 60062


Sportique Apparel Co
4533 N 22nd St, Suite 228
Phoenix, AZ 85016

```
Steve Seidler
1319 W Eddy St., #3
Chicago, IL 60657


Stratex Payroll Processing Services
10 W Hubbard, 3rd Floor
Chicago, IL 60654


Susana Homan
510 W Erie #1402
Chicago, IL 60610


Taylor Chicago
873 Cambridge Dr
Elk Grove Village, IL 60007


Tim McAvoy
210 S Des Plaines St, #2201
Chicago, IL 60661


TrueSystems
102 W Third St, Suite 700
Winston Salem, NC 27104


UPS Freight
28103 Network Place
Chicago, IL 60673


URS Tax Inc
2900 Bristol Street #D-204
Costa Mesa, CA 92626


UST-GEPT JV, LP
Citgroup Center
500 W Madison St
Chicago, IL 60661


Waste Management
PO Box 4648
Carol Stream, IL 60197
```